*Hellerstein*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

BANCO DE LA REPUBLICA DE COLOMBIA,

                         Plaintiff,

v.

THE BANK OF NEW YORK MELLON,
BNY MELLON, N.A., and
BNY MELLON ASSET SERVICING, B.V.,

                         Defendants.

Case No. 1:10 CV 00536

Judge Alvin K. Hellerstein



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/13

## ~~[PROPOSED]~~ ORDER

Upon consideration of Defendants' Consent Motion for Leave to File Redacted

Documents, it is hereby:

       ORDERED that Defendants' Consent Motion is GRANTED; and it is further

       ORDERED that Defendants shall file redacted versions of the following

documents within ten (10) days of the date of this Order:

| Docket #(s) | Filing | Exhibit # |
|---|---|---|
| 106-2 | Defendants' Opposition to Plaintiff's Motion for Summary Judgment | Ex. 2 |
| 109-43 | Plaintiff's Statement of Undisputed Facts | Ex. 36 |
| 109-44 | Plaintiff's Statement of Undisputed Facts | Ex. 37 |
| 109-49 | Plaintiff's Statement of Undisputed Facts | Ex. 42 |
| 109-50 | Plaintiff's Statement of Undisputed Facts | Ex. 43 |
| 109-55 | Plaintiff's Statement of Undisputed Facts | Ex. 48 |
| 109-57 | Plaintiff's Statement of Undisputed Facts | Ex. 50 |
| 109-62 | Plaintiff's Statement of Undisputed Facts | Ex. 55 |
| 109-66 | Plaintiff's Statement of Undisputed Facts | Ex. 59 |
| 111-13 | Plaintiff's Counter-Statement to Defendants' Statement of Undisputed Facts | Ex. 11 |

| Original Docket #(s) | Filing | Original Exhibit # | Exhibit to Docket No. 96 (Notice of Filing Redacted Summary Judgment Exhibits) |
|---|---|---|---|
| 96-1 <br><br> 106-3 | Defendants' Opposition to Plaintiff's Motion for Summary Judgment | Ex. 3 | Ex. A |
| 96-2 <br><br> 109-9 | Plaintiff's Statement of Undisputed Facts | Ex. 8 | Ex. B |
| 96-4 <br><br> 109-22-23 | Plaintiff's Statement of Undisputed Facts | Ex. 18 | Ex. D |
| 109-53 | Plaintiff's Statement of Undisputed Facts | Ex. 46 | Ex. E |
| 96-6 <br><br> 109-59 | Plaintiff's Statement of Undisputed Facts | Ex. 52 | Ex. F |
| 96-8 <br><br> 109-68 | Plaintiff's Statement of Undisputed Facts | Ex. 61 | Ex. H |
| 96-9 <br><br> 109-73 | Plaintiff's Statement of Undisputed Facts | Ex. 66 | Ex. I |

Upon receipt of the redacted versions of the above-listed documents, the Clerk shall strike the prior unredacted versions of these documents from the public record.

IT IS SO ORDERED this _21_ day of _Nov_____, 2013.

_____
The Honorable Alvin K. Hellerstein
United States District Court Judge