# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANCO DE LA REPUBLICA DE COLOMBIA, | Case No. 1:10 CV 00536 |
| Plaintiff, | Judge Alvin K. Hellerstein |
| v. | |
| THE BANK OF NEW YORK MELLON, BNY MELLON, N.A., and BNY MELLON ASSET SERVICING, B.V., | |
| Defendants. | |

 **AMENDED ORDER**

Upon consideration of Defendants' Unopposed Motion for Leave to File Redacted

Documents, it is hereby:

ORDERED that Defendants' Unopposed Motion is GRANTED; and it is further

ORDERED that Defendants shall file redacted versions of the following

documents within ten (10) days of the date of this Order:

| Docket #(s) | Filing | Exhibit # |
|---|---|---|
| 106-2 | Defendants' Opposition to Plaintiff's Motion for Summary Judgment | Ex. 2 |
| 109-43 | Plaintiff's Statement of Undisputed Facts | Ex. 36 |
| 109-44 | Plaintiff's Statement of Undisputed Facts | Ex. 37 |
| 109-49 | Plaintiff's Statement of Undisputed Facts | Ex. 42 |
| 109-50 | Plaintiff's Statement of Undisputed Facts | Ex. 43 |
| 109-55 | Plaintiff's Statement of Undisputed Facts | Ex. 48 |
| 109-57 | Plaintiff's Statement of Undisputed Facts | Ex. 50 |
| 109-62 | Plaintiff's Statement of Undisputed Facts | Ex. 55 |
| 109-66 | Plaintiff's Statement of Undisputed Facts | Ex. 59 |
| 111-13 | Plaintiff's Counter-Statement to Defendants' Statement of Undisputed Facts | Ex. 11 |

| Original Docket #(s) | Filing | Original Exhibit # | Exhibit to Docket No. 96 (Notice of Filing Redacted Summary Judgment Exhibits) |
|---|---|---|---|
| 96-1 <br> 106-3 | Defendants' Opposition to Plaintiff's Motion for Summary Judgment | Ex. 3 | Ex. A |
| 96-2 <br> 109-9 | Plaintiff's Statement of Undisputed Facts | Ex. 8 | Ex. B |
| 96-4 <br> 109-22-23 | Plaintiff's Statement of Undisputed Facts | Ex. 18 | Ex. D |
| 96-5 <br> 109-53 | Plaintiff's Statement of Undisputed Facts | Ex. 46 | Ex. E |
| 96-6 <br> 109-59 | Plaintiff's Statement of Undisputed Facts | Ex. 52 | Ex. F |
| 96-8 <br> 109-68 | Plaintiff's Statement of Undisputed Facts | Ex. 61 | Ex. H |
| 96-9 <br> 109-73 | Plaintiff's Statement of Undisputed Facts | Ex. 66 | Ex. I |

Upon receipt of the redacted versions of the above-listed documents, the Clerk shall strike the prior unredacted versions of these documents from the public record.

IT IS SO ORDERED this **27** day of **November**, 2013.

_____
The Honorable Alvin K. Hellerstein
United States District Court Judge