

**crowell moring**

ARYEH S. PORTNOY
(202) 624-2806
APortnoy@crowell.com

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202.624.2500 ▪ f202.628.5116

RECEIVED
FEB 11 2014
CHAMBERS OF
ALVIN K. HELLERSTEIN

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/14

February 11, 2014

So ordered.

*[signature]* Al. K. Hellerstein
2-12-14

**VIA FACSIMILE (212-805-7942)**

The Hon. Alvin K. Hellerstein
United States Courthouse
500 Pearl St., Room 1050
New York, NY 10007-1312

    Re:    *Banco de la Repùblica de Colombia v. The Bank of New York Mellon, et al.*
           Case No. 10-CV-536 (AKH) (S.D.N.Y.)

Dear Judge Hellerstein:

    We represent Plaintiff Banco de la Republica de Colombia in the above-referenced case. We have authority from counsel for Defendants The Bank of New York Mellon, BNY Mellon, N.A., and BNY Mellon Asset Servicing, B.V. to submit this as a joint letter on behalf of all parties.

    We write jointly to request that the Court suspend all pending deadlines for summary judgment submissions and to permit the parties to provide a status report to the Court no later than February 28, 2014, assuming dismissal papers have not been filed already at that time.

    The parties are available to discuss by phone any further questions the Court may have in this regard.

    Thank you for Your Honor's attention to this request.

                                      Respectfully yours,

                                      Aryeh S. Portnoy

cc:    Mary J. Hackett, Esq. (via email)
       K. Isaac deVyver (via email)
       Evan Farber (via email)